# EXHIBIT A

**Public Access to Court Information - Case Search**

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | S-1400-CV-202000680 | Category: | Civil |
| Title: | TERRY CORDERO PLAINTIFF vs A | Filing Date: | 12/14/2020 |
| Court: | Yuma County Superior | Disposition Date: | |
| Judge: | | | |

| | |
|---|---|
| **ARIZONA CVS STORES, LLC**   DEFENDANT  -  D 1 | |
| **TERRY CORDERO**   PLAINTIFF  -  P 1 | |
| **JEFFREY L VICTOR**   ATTORNEY  -  Y 1 | |

## Case Activity

| Date | Description | Party |
|---|---|---|
| 12/14/2020 | SUMMONS: SUMMONS | D 1 |
| 12/14/2020 | COMPLAINT: Complaint | P 1 |
| 12/14/2020 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 12/14/2020 | SUMMONS: SUMMONS | P 1 |
| 12/14/2020 | INDICATOR: DISCOVERY TIER 3 | P 1 |

## Document Search

For access to criminal and civil court documents in the Superior Court visit the eAccess portal.
For more information about the eAccess portal please visit: https://www.azcourts.gov/eaccess.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**

**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**



# Service of Process Transmittal
12/29/2020
CT Log Number 538813327

| | |
|---|---|
| **TO:** | Serviceof Process<br>CVS Health Companies<br>1 Cvs Dr Mail Code 1160<br>Woonsocket, RI 02895-6146 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Arizona CVS Stores, L.L.C.  (Domestic State: AZ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Terry Cordero, etc., Pltf. vs. Arizona CVS Stores, LLC, etc., et al., Dfts. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # S1400CV202000680 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/29/2020 at 09:28 |
| JURISDICTION SERVED : | Arizona |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 12/29/2020, Expected Purge Date: 01/03/2021<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  service_of_process@cvs.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Person/Attorney Filing: Jeffrey L. Victor
Mailing Address: 5425 E. Bell Road, Suite 121
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (602) 749-0900
E-Mail Address: victoratty@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013132, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Terry Cordero
Plaintiff(s),
v.
Arizona CVS Stores, LLC
Defendant(s).

Case No.   S1400CV202000680

SUMMONS

To: Arizona CVS Stores, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5238925

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date:*December 14, 2020*

*Lynn Fazz*
Clerk of Superior Court

By:*FBAUDER*
Deputy Clerk



# In the Superior Court of the State of Arizona
# In and For the County of Yuma

**Plaintiff's Attorney:**
Jeffrey L Victor
Bar Number: 013132, issuing State: AZ
Law Firm: Jeffrey L. Victor, P.C.
5425 E. Bell Road, Suite 121
Scottsdale, AZ 85254
Telephone Number: (602)749-0900
Email address: victoratty@aol.com

**Plaintiff:**
Terry Cordero
5425 E. Bell Road, Suite 121
Scottsdale, AZ 85254

**Defendant:**
Arizona CVS Stores, LLC
c/o C T Corporation System, Stat. Agent 3800 N. Central Ave, Ste. 460
Phoenix, AZ 85012

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
12/14/2020 4:52PM
BY: FBAUDER
DEPUTY

Case No.: S1400CV202000680
HON. HON LARRY KENWORTHY

**JEFFREY L. VICTOR, P.C.**
Attorney at Law
5425 E. Bell Rd., Ste 121
Scottsdale, Arizona 85254
(602) 749-0900
victoratty@aol.com

Jeffrey L. Victor - 013132
*Attorney for Plaintiff*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| TERRY CORDERO, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA CVS STORES, LLC, an Arizona limited liability company; **JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X;** and **XYZ PARTNERSHIPS I-X,**<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT**<br><br>(Tort – Non-Motor Vehicle)<br><br>Tier 3 Discovery |

Plaintiff Terry Cordero, by and through her counsel undersigned, and for her Complaint against Defendants, states and alleges as follows:

1. Plaintiff is now, and at all times relevant hereto, have been a resident of the State of Washington; and that all events leading to this cause of action occurred in Yuma County, State of Arizona.

2. This is a Discovery Tier 3 case.

3. At all times mentioned herein, Defendant Arizona CVS Stores, LLC ("Defendant CVS") is an Arizona limited liability company, authorized to do and doing substantial business in Yuma County, State of Arizona. Defendant CVS, acting through its agents and/or servants

-1-

and/or employees, caused an event to occur in the State of Arizona which is the subject of this lawsuit.

4. Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships I-X are various individuals, corporations, partnerships, officers, principals, affiliates, trustees, trainees, employees, partners, agents, or representatives of the named Defendants herein, who have contributed to the negligence alleged herein. The true names of the fictitious Defendants are unknown to the Plaintiff at this time and at such time as the true names of said Defendants are ascertained, Plaintiff will seek leave of this Court to substitute them for the fictitious name in which they are sued.

5. Defendant CVS owns a retail establishment, located at 2800 South 4th Avenue, City of Yuma, State of Arizona [the "Premises"]. Defendant utilizes the Premises at said location and occupies the same for the purpose of conducting retail sales of consumer products.

6. Defendant CVS was at all times material hereto responsible for ensuring the maintenance of the Premises.

7. On November 2, 2019, Plaintiff was on the lawfully on the Premises to obtain a flu shot.

8. While she was there, Plaintiff found an item that she needed pricing and approached the cashier for help.

9. The cashier directed Plaintiff to the price scanner.

10. As Plaintiff made her way to the scanner, she tripped over a merchandise basket that had been left unattended on the sales floor, causing Plaintiff to fall, and thus sustaining severe and debilitating injuries.

11. Defendants, and each of them, owed a duty of care to Plaintiffs to discover dangerous conditions; to keep the Premises in a safe condition that are not in the nature of hidden

-2-

1 dangers, traps or pitfalls, which are not readily observable; and to warn of such dangers if they
2 have reason to believe that a visitor will enter the area. The merchandise basket being left on the
3 floor was such a dangerous condition and Defendant negligently failed to warn of and/or protect
4 Plaintiff from such dangers.

5       12.     Defendant either had actual knowledge of the referenced dangers or said
6 Defendant lacked actual knowledge of the referenced dangers, which had existed so long a time
7 prior to Plaintiff's trip and fall that Defendant in the exercise of due care could and should have
8 known and had knowledge of the referenced dangers

9       13.     The fall and the injuries to Plaintiff were caused solely by Defendants' negligent
10 failure to comport with the standard of care owed to Plaintiff, to keep its Premises reasonably
11 free of conditions which could cause injuries.

12       14.     The negligence of Defendants at the above time and place among other things
13 consisted of the following:

14           a.     Carelessly and negligently permitting and allowing the merchandize to
15 remain on the floor, for an inordinate amount of time;

16           b.     Carelessly and negligently failing to warn Plaintiff of the danger of the
17 merchandise basket on the floor;

18           c.     Failing properly to maintain the Premises, particularly in the area of the
19 trip and fall, in a safe condition; and

20           d.     Failing to properly and adequately supervise and oversee the grounds as to
21 prevent hidden dangers on its Premises.

22       15.     As a direct and proximate result of the negligence and carelessness of all
23 Defendants, Plaintiff incurred severe injuries, which have caused her to suffer and possibly
24 continue to suffer great pain and have injured her general health.

25

16. As a further direct and proximate result of the negligence and carelessness of all Defendants, Plaintiff's injuries may be permanent and that in all reasonable probability the effects of her injuries may become worse as she grows older.

17. As a further direct and proximate result of the negligence and carelessness of all Defendants, Plaintiff has incurred medical bills in an amount which will be proven at trial and may incur future medical expenses.

WHEREFORE, the amount in controversy exceeds the jurisdictional requirements of this Court, Plaintiff prays that this Court grant her judgment against the Defendants, jointly and severally, as follows:

2. For all sums representing costs of medical expenses and other special expenses incurred, plus an amount to be determined as and for any reasonable future medical expenses that may be incurred by the Plaintiff as a result of the injuries sustained;

3. For general damages to be awarded to Plaintiff for the physical and mental pain, suffering and anguish suffered, plus reasonable future damages for Plaintiff's mental pain, suffering and anguish in a fair and equitable amount to be determined at trial;

4. For an award of Plaintiff's costs incurred herein; and

5. For such other and further relief as the Court deems just and proper in the premises.

RESPECTFULLY SUBMITTED this 14th day of December, 2020.

**JEFFREY L. VICTOR, P.C.**

*/s/ Jeffrey L. Victor*
Jeffrey L. Victor, Esq.
*Attorney for Plaintiff*

FILED
Lynn Pazz
CLERK SUPERIOR COURT
12/14/2020 4:52PM
BY: FBAUDER
DEPUTY

Case No. S1400CV202000680
HON. HON LARRY KENWORTHY

Person/Attorney Filing: Jeffrey L. Victor
Mailing Address: 5425 E. Bell Road, Suite 121
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (602)749-0900
E-Mail Address: victoratty@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013132, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

Terry Cordero
Plaintiff(s),

v.

Arizona CVS Stores, LLC
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yuma County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jeffrey L Victor /s/
Plaintiff/Attorney for Plaintiff